motion to strike out the answer and for judgment on the pleadings and granted said motion.

The motion was made upon the ground that an appeal did not lie to the Court of Appeals direct from the final judgment.

*Abraham M. Weinberg* and *Gerson C. Young* for motion. *Max Rackmore* opposed.

Motion denied, with ten dollars costs.

---

PERCY P. COWANS et al., Respondents, *v.* TICONDEROGA PULP AND PAPER COMPANY, Appellant.

*Appeal — discretionary order — motion to dismiss appeal without permission to Court of Appeals granted.*

Reported below, 219 App. Div. 120.

(Submitted May 9, 1927; decided May 17, 1927.)

MOTION to dismiss so much of an appeal from a judgment entered February 3, 1927, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which affirmed an order of Special Term denying defendant's motion to amend its answer and granted a motion by plaintiffs for judgment on the pleadings, as seeks to bring up for review that part of the order of the Appellate Division which affirms the order denying the motion to amend the answer.

The motion was made upon the ground that the order so sought to be reviewed was an intermediate order and that permission to appeal had not been obtained.

*Thomas B. Cotter* for motion. *Frank B. Wickes* opposed.

Motion granted to the extent of striking from notice of appeal all reference to intermediate order on the ground that said order is discretionary.